

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER ON MOTION

Cause number:       01-14-00124-CR; 01-14-00125-CR

Style:       Evan Stuart Fairbanks **v** The State of Texas

Date motion filed*:       October 8, 2014

Type of motion:       Motion to Extend Time to File Appellant's Brief

Party filing motion:       Appellant

Document to be filed:       Appellant's Brief

If motion to extend time:

      Deadline to file document:       October 25, 2014

      Number of previous extensions granted:   3       Current Deadline: October 25, 2014

      Length of extension sought:       30 days from denial of motion for en banc reconsideration of order denying motion to abate

Ordered that motion is:

☐     Granted
       If document is to be filed, document due:

          ☐   The Clerk is instructed to file the document as of the date of this order
          ☐   Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒     Denied

☐     Dismissed (*e.g.*, want of jurisdiction, moot)

Appellant's brief was originally due on July 16, 2014. We granted two prior 30-day extension requests extending the deadline to September 15, 2014. On August 13, 2014, appellant filed a motion to abate these appeals followed by a third extension motion filed on September 17, 2014 requesting that, in the event that the motion to abate is denied, we grant an extension of 30 days from the date of the denial. On September 25, 2014, we denied the motion to abate and granted the third motion for an extension of time. Thus, appellant's brief is currently due on October 27, 2014. On October 8, 2014, appellant filed a fourth extension motion requesting that, in the event that his motion for en banc reconsideration of the order denying his motion to abate is denied, we extend the time to file his brief to 30 days after the denial of his motion for en banc reconsideration.

Appellant's fourth motion to extend the time for filing his brief is **DENIED**. In the event that appellant's motion for en banc reconsideration is denied and appellant's brief is not filed by **October 27, 2014**, these cases will be abated and remanded to the trial court for a hearing pursuant to Texas Rule of Appellate Procedure 38.8(b). *See* TEX. R. APP. 38.8(b)(2), (3).

Judge's signature: /s/ Michael Massengale
          ☒ Acting individually     ☐ Acting for the Court

Date: October 16, 2014